# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
SUPERVISING U.S. PROBATION OFFICER

May 2, 2005

RECEIVED
MAY 16 2005

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367

Honorable Alfred J. Lechner
United States District Judge
Martin Luther King Jr. Federal Building and Courthouse
P.O. Box 0999
Newark, New Jersey 07102

Re: Marc Kronish

**EARLY TERMINATION REQUEST**

Dear Judge Lechner:

Marc Kronish was placed on Probation by the Honorable Clarence C. Newcomer, United States District Judge, Eastern District of Pennsylvania, for a term of 5 years. Having been convicted of charges of Wire Fraud, the Court imposed the standard conditions of supervision, along with the following special conditions:

> 6 Months Home Confinement with Electronic Monitoring; $12,000.00 Restitution, $300.00 Special Assessment, No New Credit and Financial Disclosure.

All court-ordered conditions have been met and there are no supervision issues pending resolution. The offender has been cooperative with the Probation Office and, to our knowledge, has remained free of further criminal activity.

Thus, the Probation Office recommends that Marc Kronish be granted an early termination from Probation.

If Your Honor concurs, please sign the enclosed forms and have your Deputy Clerk forward two certified copies to this office. I am available to discuss this matter further at your convenience.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Sharon A. O'Brien
    U.S. Probation Officer

SAO/plb
Enclosure

PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court
## For The
### District of New Jersey

UNITED STATES OF AMERICA

V.

Crim. No. <u>01-00179-001</u>

Marc Kronish

On 12/07/00, the above named was placed on probation for a period of 5 years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

U.S. Probation Officer  
Sharon A. O'Brien

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this ___16___ Day of ___May___, 2005

United States District Judge

PROB 35　　　　　　　　　　　　　　　　　　　　　　Report and Order Terminating Probation/
(Rev. 4/81)　　　　　　　　　　　　　　　　　　　Supervised Release Prior to Original Expiration Date

# United States District Court
## For The
## District of New Jersey

UNITED STATES OF AMERICA

　　　　　V.　　　　　　　　　　　　　　　　　　Crim. No.　01-00179-001

Marc Kronish

On 12/07/00, the above named was placed on probation for a period of 5 years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

_Sharon A. O'Brien_
U.S. Probation Officer
Sharon A. O'Brien

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this __16__ Day of __May__, __2005__

_____
United States District Judge